IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

In re:   Samantha Dinea Foster                                      Case No.: 14-40840-13-JMK

## DEBTOR'S OBJECTION TO COREFIRST BANK & TRUST'S REQUEST FOR DEBTOR TO FILE TAX RETURNS AND STATEMENTS OF INCOME AND EXPENDITURES WITH THE COURT AND MOTION TO BE GRANTED ACCESS TO THE SAME

COME NOW the Debtor, by and through her attorney, Chris W. Steffens, and for response to CoreFirst Bank & Trust's request for Debtor to file tax returns and statements of income and expenditures with the Court and motion to be granted access to the same, states as follows:

1. CoreFirst offers no facts or argument to demonstrate what information in particular the CoreFirst seeks, that CoreFirst cannot obtain that information from another source, the need for the information, or how turnover of this information to the CoreFirst would further the administration of the bankruptcy estate.

2. CoreFirst offers no facts any prior request via alternative methods was made either in writing, email, phone or fax which would have negated Counsel to expend administrative and attorney time in responding to this request.

3. Computation of the information requested would be unduly burdensome. No statement of "income and expenditures" for the 12 months of 2014 exists and would be impossible to reconstruct retroactively and file under oath.

4. CoreFirst filed its Proof of Claim on September 12, 2014 (Claim #4) in the amount of $364.43. In the event an accounting of "income and expenditures" were computed, the administrative costs and legal fees would far surpass any potential meaningful recovery by CoreFirst.

WHEREFORE, Debtor prays this Court deny the said request, and enter such other orders as are just and equitable.

Respectfully submitted,

s/ Chris W. Steffens
Chris W. Steffens, #22149
The Law Office of Steffens & Coons
840 Connecticut St., Ste. D
Lawrence, KS 66044
785-856-8720
Fax: 888-507-1350
csteffens@steffensandcoons.com
Counsel for Debtor

CERTIFICATE OF SERVICE

       I hereby certify that on February 13, 2015, a true and correct copy of above notice and referenced filing was electronically filed with the court using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

s/ Chris W. Steffens
Chris W. Steffens
